IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-CV-3294 |
| | ) | |
| MARC PARLAVECCHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On November 10, 2010, Plaintiff filed its original Complaint herein against Defendants Marc Parlavecchio, William L. Seman, and The Field House, Inc. and paid all filing fees in full. Plaintiff proceeded with service of those Defendants, however only corporate Defendant The Field House, Inc. was served. Thereafter, on February 16, 2011, Plaintiff filed an Amended Complaint (d/e 9) listing four completely different Defendants, being Jim Drewes, Tammy Drewes, Daniel Osborne, and DJT Fieldhouse, Inc. Summons were issued and served upon the three individual Defendants, but summons was not issued as to corporate Defendant DJT Fieldhouse, Inc.

By Text Order dated July 8, 2011, the undersigned directed the Clerk to terminate Defendants Marc Parlavecchio, William L. Seman, and The

Field House, Inc. as they were no longer Defendants under the Amended Complaint (d/e 9).  That same Text Order directed the Plaintiffs to take action to move the case forward as to the individual Defendants who had been served, and to file a status report by July 20, 2011 as to corporate Defendant DJT Fieldhouse, Inc. to show cause why the case should not be dismissed as to that Defendant for want of prosecution.

On July 12, 2011, Plaintiff filed a motion for entry of default (d/e 31) against the individual Defendants, Jim Drewes, Tammy Drewes, and Daniel Osborne.  However, Plaintiff has not filed a status report as directed, or taken steps to perfect service on corporate Defendant DJT Fieldhouse, Inc.  Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the complaint.  On June 16, 2011, the 120 days for service lapsed.  As of this date, Plaintiff has failed to comply with Rule 4(m) as to corporate Defendant DJT Fieldhouse, Inc.

The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution as to Defendant DJT Fieldhouse, Inc. only.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with an ECF copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely

objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER: July 21, 2011

    FOR THE COURT:

                                          _____*s/ Byron G. Cudmore*_____
                                                BYRON G. CUDMORE
                                    UNITED STATES MAGISTRATE JUDGE